1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  TIMOTHY CLOUD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-10-167 WBS |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER REQUESTING THE COURT RECOMMEND TO BOP THAT MR. CLOUD BE DESIGNATED TO SERVE HIS SENTENCE AT USP LEAVENWORTH** |
| v. | ) | |
| TIMOTHY CLOUD, | ) | |
| Defendant. | ) | Judge: William B. Shubb |

The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, TIMOTHY CLOUD, by and through his counsel, MATTHEW C. BOCKMON, Assistant Federal Defender, hereby stipulate and request that the Court recommend to the Bureau of Prisons that defendant be designated to serve his

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  sentence at USP Leavenworth, insofar as the recommendation comports with security classification and
2  space availability.
3  Dated:  September 8, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 */s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
TIMOTHY CLOUD

Dated:  September 8, 2010        BENJAMIN B. WAGNER
United States Attorney

 */s/ Matthew C. Bockmon for*
MATTHEW C. STEGMAN
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated:   September 9, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation/Order                                           2